```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/5/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAWRENCE YOUNG AND ON BEHALF
OF ALL OTHER PERSONS SIMILARLY
SITUATED,

           Plaintiff,

- against -

COMBINED LIFE INSURANCE
COMPANY OF NEW YORK AND CHUBB
GROUP HOLDINGS INC.,

           Defendants.

**ORDER OF DISMISSAL**

18 Civ. 3071 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      The Court having been advised that all claims asserted herein have been settled, it is ORDERED that the above-entitled action be, and hereby is, dismissed with prejudice but without costs; provided, however, that if the settlement is not consummated within thirty days of this order, any party may apply by letter within the thirty-day period for restoration of the action to the calendar of the undersigned, in which event the action will be restored. The Clerk of the Court is directed to close the case. Any pending motions are moot.

Dated: New York, New York
      July _05_, 2018

                              SO ORDERED.

                              _____
                              Paul G. Gardephe
                              United States District Judge